92 A.3d 671

IN THE MATTER OF EDWARD G. ENGELHART, AN ATTORNEY AT LAW (ATTORNEY NO. 013251979).

June 26, 2014.

## ORDER

This matter having been duly presented, it is ORDERED that **EDWARD G. ENGELHART** of **FAIRFIELD**, who was admitted to the bar of this State in 1979, and who was suspended from the practice of law for a period of one year effective May 22, 2013, by Orders of this Court filed May 22, 2013, and May 16, 2014, be restored to the practice of law, effective immediately.

92 A.3d 672

IN THE MATTER OF GOLDIE C. SOMMER, AN ATTORNEY AT LAW (ATTORNEY NO. 015771975).

June 26, 2014.

## ORDER

This matter having been duly presented, it is ORDERED that **GOLDIE C. SOMMER** of **FAIRFIELD,** who was admitted to the bar of this State in 1976, and who was suspended from the practice of law for a period of one year effective May 22, 2013, by Orders of this Court filed May 22, 2013, and May 16, 2014, be restored to the practice of law, effective immediately.